UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

TERENCE and SHEILA BRIGGS,                                No. 11-10821

                     Debtor(s).
_____/

RICHARD LAGUENS, Trustee

                     Plaintiff(s),

      v.                                                        A.P. No. 11-1154

TERENCE BRIGGS,

                     Defendant(s).
_____/

Memorandum on Motion for Reconsideration
_____

      The court is not persuaded by the state cases and unreported cases cited by plaintiff. A trust can appear in federal court only by a lawyer. 28 U.S.C. § 1654; *Knoeffler v. United Bank of Bismarck*, 20 F.3d 347, 348 (8th Cir. 1994); *Alpha Land Title Company v. Little,* 238 F.R.D. 497, 502 (E.D.Cal. 2006). The fact that the trustee is the only beneficiary changes nothing; a trust is not an individual and only individuals can appear without a lawyer in federal court. To rule otherwise would mean that a corporation could be represented by its sole shareholder, and that is not the law. *Lowery v.*

1

*Hoffman*, 188 F.R.D. 651 (MD Ala. 1999).

Plaintiff's motion for reconsideration will accordingly be denied. He may submit an order to that effect if he desires it.

Dated: January 26, 2012

                                              Alan Jaroslovsky
                                              U.S. Bankruptcy Judge

2